IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY BURRELL, SR.                                                      PLAINTIFF

VS.                        NO.: 4:08-CV-2517WRW

THE CITY OF SHERWOOD, ARKANSAS,
a public Body Corporate and Politic;
KELVIN NICHOLSON, in his official capacity as
Chief of Police for the City of Sherwood, Arkansas;
VERNON BLOCKER, in his individual and official
capacity as Police Officer for the City of Sherwood; and
SCOTT McFARLAND, in his individual and official capacity
as Police Officer for the City of Sherwood, Arkansas           DEFENDANTS

## AGREED PROTECTIVE ORDER

The Plaintiff, Rodney Burrell, propounded written discovery to the Defendants requesting production of documents contained in the personnel files of the Defendants as well as other documents that contains personal information of the persons unrelated to this litigation. The Defendants and other persons identified in the documents to be produced by the Defendants have a privacy interest in personal information, and production of these files shall be made only pursuant to this Protective Order. The documents produced by the Defendants to the Plaintiff ("Documents") shall be produced to the Plaintiff's counsel, subject to the following restrictions:

The Documents are for the sole use of the parties in this litigation and for only those purposes directly related to this litigation. The parties agree that disclosure of the contents of the Documents shall be limited solely to counsel, employees, agents, or representatives of the parties and expert witnesses retained for the purposes of this litigation, including all appeals. The parties further agree that any persons to whom the

1

Documents are disclosed shall agree not to use any Documents for any purpose other than the litigation of this action, and shall not disclose to any unauthorized person the existence or nature of any information contained in the Documents. Further, at the conclusion of this action and any appeals taken from a final judgment entered in the action, the parties shall bear the responsibility of collecting from all such persons to whom the Documents were disclosed, within a reasonable time, all tangible forms of the Documents, including any copies, extracts or summaries of the Documents.

At the conclusion of this litigation, including all appeals, all copies of the Documents provided to the Plaintiff's counsel pursuant to this order and all copies of said Documents made by the Plaintiff's counsel shall be maintained as confidential by the Plaintiff's counsel and shall be destroyed no later than the end of three (3) years from the conclusion of this litigation, including all appeals. Neither the termination of this action nor the return or destruction of tangible forms of the Documents shall relieve any individual to whom the Documents were disclosed from the obligations set forth herein.

IT IS SO ORDERED.

_/s/ Wm. R. Wilson, Jr._
Wm. R. Wilson, Jr.
United States District Judge

Date: May 27, 2010

Approved:

Austin Porter, Jr.
Porter Law Firm
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
(501) 244-8200
E-mail: aporte5640@aol.com
Attorney for Plaintiff

_____
By: Austin Porter, Jr.
Ark. Bar No. 86145

Fuqua Campbell, P.A.
Attorneys at Law
425 West Capitol Ave., Suite 400
Little Rock, Arkansas 72201
(501) 374-0200
E-mail:dfuqua@fc-lawyers.com
Attorneys for Defendants

_____
By: David M. Fuqua
Ark. Bar No. 80048