# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RODNEY BURRELL SR.**                                                            **PLAINTIFF**

**v.**                          **4:08CV02517-WRW**

**CITY OF SHERWOOD,**
**ARKANSAS,** *et al.*                                              **DEFENDANTS**

## ORDER

Pending are Defendants' Motion *in Limine* (Doc. No. 14) and Plaintiff's Motion *in Limine* (Doc. No. 16). Defendants filed a Response,[1] and Plaintiff declined to do so.

Pursuant to the August 25, 2010 telephone conference:

(1) Plaintiff's Motion *in Limine* is DENIED.

(2) Defendants' Motion *in Limine* is GRANTED.

IT IS SO ORDERED this 30th day of August, 2010.

                                                 /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 18.