IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY BURRELL, SR.                                                                          PLAINTIFF

vs.                              4:08CV02517-WRW

CITY OF SHERWOOD, ARKANSAS;
KELVIN NICHOLSON, In His Official Capacity
as Chief of Police for the City of Sherwood, Arkansas;
VERNON BLOCKER, In His Individual and Official
Capacity as Police Officer for the City of Sherwood,
Arkansas; SCOTT McFARLAND, in His Individual
and Official Capacity as Police Officer for the
City of Sherwood, Arkansas                                                                 DEFENDANTS

JUDGMENT ON JURY VERDICT

This action came on for trial August 30, 2010, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating, the jury returned a verdict on September 1, 2010. Now, based on that verdict:

Judgment is entered in favor of the Plaintiff, Rodney Burrell, Sr., in the amount of Forty Thousand and No/100 dollars ($40,000.00) compensatory damages; Seventy-Five Thousand and No/100 dollars ($75,000.00) in punitive damages against defendant Vernon Blocker; and Seventy-Five Thousand and No/100 dollars ($75,000.00) in punitive damages against defendant Scott McFarland, for a total award of One Hundred Ninety-Five Thousand and No/100 dollars ($195,000.00) plus post-judgment interest at the rate of .26% per annum until paid. Attorney's fees will be determined pursuant to Local Rule 54.1.

IT IS SO ORDERED this 2nd day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

judgmentjuryverdict.wpd