IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY BURRELL, SR.                                                                                    PLAINTIFF

vs.                                         4:08CV02517-WRW

CITY OF SHERWOOD, ARKANSAS;
KELVIN NICHOLSON, In His Official Capacity
as Chief of Police for the City of Sherwood, Arkansas;
VERNON BLOCKER, In His Individual and Official
Capacity as Police Officer for the City of Sherwood,
Arkansas; SCOTT McFARLAND, in His Individual
and Official Capacity as Police Officer for the
City of Sherwood, Arkansas                                                                           DEFENDANTS

## AMENDED JUDGMENT ON JURY VERDICT

This action came on for trial August 30, 2010, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding.  The issues having been duly tried, and after deliberating, the jury returned a verdict on September 1, 2010.  Now, based on that verdict:

Judgment is entered in favor of the Plaintiff, Rodney Burrell, Sr., in the amount of Forty Thousand and No/100 dollars ($40,000.00) compensatory damages; Seventy-Five Thousand and No/100 dollars ($75,000.00) in punitive damages against defendant Vernon Blocker; and Seventy-Five Thousand and No/100 dollars ($75,000.00) in punitive damages against defendant Scott McFarland, for a total award of One Hundred Ninety Thousand and No/100 dollars ($190,000.00) plus post-judgment interest at the rate of .26% per annum until paid.  Attorney's fees will be determined pursuant to Local Rule 54.1.

IT IS SO ORDERED this 3rd day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

judgmentjuryverdict.wpd